157 So. 918

**Annie GRIMES v. STATE.**
**4 Div. 50.**

Court of Appeals of Alabama.
Nov. 13, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

157 So. 919

**Maudie GRIMES v. STATE.**
**4 Div. 52.**

Court of Appeals of Alabama.
Nov. 13, 1934.

RICE, Judge.
Appeal dismissed.

159 So. 915

**Walter GRISSOM v. STATE.**
**8 Div. 106.**

Court of Appeals of Alabama.
Feb. 26, 1935.

BRICKEN, Presiding Judge.
Affirmed.

152 So. 922

**Tillman GROSS, Jr., v. STATE.**
**3 Div. 740.**

Court of Appeals of Alabama.
Jan. 16, 1934.

SAMFORD, Judge.
Appeal dismissed.

163 So. 907

**W. Cliff GRUBBS v. STATE.**
**4 Div. 173.**

Court of Appeals of Alabama.
Oct. 29, 1935.

RICE, Judge.
Affirmed.

159 So. 915

**W. S. GUNTER v. STATE.**
**7 Div. 113.**

Court of Appeals of Alabama.
Feb. 5, 1935.

RICE, Judge.
Affirmed.

159 So. 915

**John A. HACKWORTH v. STATE.**
**8 Div. 14.**

Court of Appeals of Alabama.
Feb. 5, 1935.

SAMFORD, Judge.
Appeal dismissed.

159 So. 916

**John HAGAMACHER v. STATE.**
**8 Div. 9.**

Court of Appeals of Alabama.
Feb. 19, 1935.

RICE, Judge.
Affirmed.